IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

RANDALL DAVID DUE,

        Defendant.

**EXHIBIT LIST**

Case No.   8:12CR344
Deputy:    Mary Beth McFarland
Reporter:  Digital Recorder
Date:      August 07, 2013

| PLF | DFT | 3 PTY | DESCRIPTION | OFF | OBJ | RCVD | NOT RCVD | DATE |
|---|---|---|---|---|---|---|---|---|
| 2 | | | Documents filed in the office of Mitchell County, Georgia | X | | X | | 08/07/13 |
| | | | | | | | | |
| | | | | | | | | |

**OBJECTIONS**
    R: Relevancy
    H: Hearsay
    A: Authenticity
    O: Other (specify)