```
 1                IN THE UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF NEBRASKA
 2

 3    UNITED STATES OF AMERICA,        )  Case No. 8:12CR344
                                       )
 4              Plaintiff,             )
                                       )
 5    vs.                              )
                                       )
 6    RANDALL DAVID DUE,               )
                                       )  Omaha, Nebraska
 7              Defendant.             )  August 7 and August 20, 2013

 8

 9

10                   TRANSCRIPT OF PROCEEDINGS
              BEFORE THE HONORABLE THOMAS D. THALKEN
11               UNITED STATES MAGISTRATE JUDGE

12

13

14                     A-P-P-E-A-R-A-N-C-E-S

15    FOR THE PLAINTIFF:  Mr. Matthew R. Hoffman
                          Mr. Brian D. Bailey
16                        United States Department of Justice
                          P.O. Box 972
17                        Washington, DC  20044

18    FOR THE DEFENDANT:  Mr. Jerry M. Hug
                          Attorney at Law
19                        1823 Harney Street
                          Suite 1004
20                        Omaha, NE  68102

21    TRANSCRIBER:        Rogene S. Schroder, CRR, RMR, CSR
                          111 S. 18th Plaza, Suite 3129
22                        Omaha, NE  68102
                          (402) 661-7383
23

24
      Proceedings recorded by electronic sound recording, transcript
25    produced with computer.
```

```
 1            (At 10:00 a.m. on August 7, 2013, with Mr. Matthew Hoffman
 2      appearing as counsel for the plaintiff, Mr. Jerry Hug appearing
 3      as counsel for the defendant and the defendant present, the
 4      following proceedings were had:)
 5                  THE COURT:  ...in United States vs. Randall Due
 6      carrying the number of 8:12CR344.
 7            Counsel enter their appearance for the record, please.
 8                  MR. HOFFMAN:  Matthew Hoffman for the United States,
 9      Your Honor.
10                  MR. HUG:  Morning, Your Honor.  Jerry Hug, counsel
11      for Mr. Due.
12                  THE COURT:  All right.  Mr. Due is present.
13            We're here on various matters.  First, we'll deal with the
14      motion to withdraw by Mr. Hug and I believe also the Notice of
15      Termination of Appointed Counsel, filing number 138.
16            Mr. Hug.
17                  MR. HUG:  Your Honor, I don't have anything further
18      to submit as far as evidence.  And I think in light of
19      Mr. Due's motion to have me removed, it's at least clear to me
20      that he doesn't wish to be represented or at least represented
21      by me at this point in the case.
22                  THE COURT:  All right.
23                  MR. HUG:  I -- I don't have any additional
24      evidence --
25                  THE COURT:  All right.
```

1           MR. HUG:  -- or anything to offer the Court.

2           THE COURT:  Any evidence by the government?

3           MR. HOFFMAN:  No, Your Honor.

4           THE COURT:  All right.  Mr. Due, what's -- you want

5    to represent yourself in this matter; is that correct?

6           THE DEFENDANT:  Would you speak up, please.

7           THE COURT:  Do you need the assistance of a -- a

8    hearing device?

9           THE DEFENDANT:  If you could speak up a little bit so

10   I could hear you.

11          THE COURT:  All right.  Do you -- are you going to

12   represent yourself?

13          THE DEFENDANT:  I'm acting in my own proper person,

14   in my flesh and blood --

15          THE COURT:  Well --

16          THE DEFENDANT:  -- not pro se.

17          THE COURT:  Well, you're either pro se or you're

18   going to have counsel, one or the other.

19          THE DEFENDANT:  Are you absolutely sure, Mr. Judge,

20   you want to violate my civil rights, First Amendment, the

21   freedom of religion of my conscience?

22          THE COURT:  All right.  Mr. --

23          THE DEFENDANT:  Are you absolutely sure?

24          THE COURT:  I'm positive, Mr. Due.  The question is

25   whether you're going to represent yourself or whether you're

1   going to --

2          THE DEFENDANT:  I'm acting in the flesh and blood, in

3   the proper person --

4          THE COURT:  All right.

5          THE DEFENDANT:  -- not pro se.

6          THE COURT:  All right.  The question is at this point

7   that Mr. Hug will be -- I'll grant your motion to withdraw as

8   counsel for the defendant but I'm going to appoint you as

9   standby counsel so that if Mr. Due needs the assistance of

10   counsel in making certain motions or various other proceedings

11   that you're available.

12      You will take the same position as Mr. Stickman has done

13   with Miss Kozak in the matter so that at this point your motion

14   to withdraw, filing number 112, is granted but to the extent

15   that you be reappointed as standby counsel.

16      Mr. Due, as previously cautioned in this matter, whether

17   you -- however you wish to denominate yourself, if you -- my

18   suggestion to you and urging upon you is that you use the

19   assistance of counsel in this matter.  It is somewhat clear

20   that you're not necessarily familiar with the rules and

21   procedures of the court and so I urge you to either -- seek

22   counsel in this matter rather than representing yourself --

23          THE DEFENDANT:  I told you I wasn't representing

24   myself.  I'm acting in the flesh and blood, in my own proper

25   person.

1          THE COURT:  That means to me you're representing

2     yourself.

3          THE DEFENDANT:  Not pro se.

4          THE COURT:  Well, you are considered pro se.  The

5     clerk's record will reflect that you are acting pro se.

6          THE DEFENDANT:  Then the court record will reflect

7     that you're violating my First Amendment rights of freedom of

8     religion out of my conscience and pursuant to Title 28, Section

9     455, you're disqualified and I demand your recusal.

10          THE COURT:  All right.  That request is denied.

11     The --  Now we'll proceed as to the defendant's violation

12     of his conditions of release.  The Court has received a filing

13     number 143, which is the Pretrial Services Violation Report.

14          THE DEFENDANT:  So you're going to go on judicial

15     record as committing judicial fraud by violating my civil

16     rights.  Is that correct?

17          THE COURT:  I'm proceeding on the record according to

18     the procedures and rules of this court.

19     Mr. Due, it is alleged that you violated the conditions of

20     your pretrial release in this matter by failing to report to

21     the probation and pretrial services offices as directed and

22     refrain from filing documents or actions unless it's done

23     through counsel.

24     And you're familiar with the allegations in that respect,

25     are you not?

1           THE DEFENDANT:  I do not understand.

2           THE COURT:  All right.  Which -- what's the filing

3      number of the petition?

4           COURTROOM DEPUTY:  (Inaudible.)

5           THE COURT:  Filing 122 alleges that you violated the

6      conditions of your pretrial release by submitting fax filings

7      to the District Court of Sheridan County, Nebraska, and a

8      written reprimand was requested and Mr. -- and you failed to

9      acknowledge the -- sign the reprimand on May 17, 2013.

10          You were --  You refused to participate in your -- in the

11     office visit with the supervising office on May 16th and on

12     that same date, you filed an affidavit challenging the

13     procedure in the Middle District of Georgia without the

14     direction of counsel or the approval of your supervising

15     officer.

16          If those allegations are found to be true, then of course

17     your pretrial release can be revoked and then you can be

18     detained pending full disposition of this case.

19          First of all, you'll be called upon to admit or deny the

20     allegations.  If you admit the allegations, then we'll proceed

21     as to what's to be done about it.  If you deny the allegations,

22     then we'll proceed to a hearing on the matter.

23          Do you admit or deny the allegation?

24          THE DEFENDANT:  I do not understand and pursuant to

25     Title 28, 455, I have criminal charges brought against you and

```
1    you have direct conflict of interest.  I demand your recusal

2    from this case.

3              THE COURT:  The defendant denies the allegations.

4    We'll proceed --

5              THE DEFENDANT:  Now are you making a declaration on

6    my behalf?

7              THE COURT:  Mr. --

8              THE DEFENDANT:  Are you absolutely sure you want to

9    commit a felony offense by violating my civil rights?

10             THE COURT:  Mr. Due -- Mr. Due, even though you are

11   representing yourself in this -- your own way, you will comport

12   yourself with the proceedings in this court and, consequently,

13   you will follow the rules and procedures of the court.

14             THE DEFENDANT:  I demand that you produce findings of

15   facts and conclusions of law to support yourself.  And I had

16   you process served, demand to show just cause and you failed to

17   show just cause.  You have -- you have provided me with

18   probable cause that you are biased against me and pursuant to

19   Title 28, Section 455, it automatically disqualifies yourself

20   and I demand your recusal.

21             THE COURT:  Is there any reason at this time, counsel

22   for the government, that the defendant should not be committed

23   to the custody of the Attorney General for a determine [sic] as

24   to his competency in this matter?

25             MR. HOFFMAN:  I -- it's not the position of the
```

1    United States that this is a competency issue.

2              THE COURT:  All right.  The defendant is competent to

3    proceed to trial in this matter?

4              MR. HOFFMAN:  That is the belief of the United

5    States, Your Honor.

6              THE COURT:  All right.  Then you may proceed with the

7    petition in this case.  And if -- in that respect, as I've

8    indicated, the Court takes judicial notice of filing number

9    143, which is the Pretrial Services Violation Report that was

10   prepared.

11             MR. HOFFMAN:  Yes, Your Honor.  And in addition to

12   that, if I may approach, I have a --

13             THE COURT:  You may.

14             MR. HOFFMAN:  I have provided this to the defense,

15   the three exhibits --

16             THE COURT:  All right.

17             MR. HOFFMAN:  -- that we intend to show the Court.

18        Also, in addition to Mr. Due's conditions that he not file

19   any documents, which is from paragraph Z of his conditions of

20   release of April 10th, condition Y also is that he not enter

21   any courthouse without the approval of probation or Pretrial

22   Services except for this courthouse in Nebraska.  And we have a

23   video and documents to show that he also violated condition Y

24   by entering the courthouse in Georgia.

25             THE COURT:  You may proceed.

1          MR. HOFFMAN:  Your Honor, this is a video that was

2     obtained off of the YouTube Internet web site and appearing on

3     the screen at this time is the Mitchell County Superior Court

4     Clerk, Adayna Broome.

5          THE DEFENDANT:  I demand a trial by jury.

6          THE COURT:  Your request is denied.  This is not a

7     jury trial matter at this point.  It's solely to be determined

8     by the Court.

9        You may proceed.

10         MR. HOFFMAN:  Your Honor, this -- this clip will show

11    Miss Broome warning Mr. Due that his actions could be in

12    violation of the conditions of release and then shows Mr. Due's

13    response to her statements.

14       (Video clip played.)

15         MR. HOFFMAN:  Then, Your Honor, I'd also direct the

16    Court's attention to a second...

17       (Video clip played.)

18         MR. HOFFMAN:  At this time, Your Honor, I would ask

19    (indiscernible) Government Exhibit 2 which I've also provided

20    to -- a copy to the defense.

21         THE COURT:  You may present.

22         MR. HOFFMAN:  This document was obtained from the

23    Pelham Police Department.  As the Court can see, it is marked

24    filed in the office, Mitchell County, Georgia, on June 11th,

25    2013.

1          THE COURT:  Any objections to 2, Mr. Due?

2      Any objections to government's 2?

3          THE DEFENDANT:  Well, the objections I have is that

4    you appear to ignore Title 28, Section 455.  You're

5    automatically disqualified.  You're -- you're showing biased

6    against me and that's an automatic disqualification.  And I

7    demand your recusal.

8          THE COURT:  There being no objection to the document

9    other than the defendant's rant, the -- the exhibit will be

10   received.

11         MR. HOFFMAN:  Your Honor, the government also would

12   proffer that the Mitchell County Clerk -- Superior Court Clerk

13   that appears in this video is located inside of the Mitchell

14   County Courthouse.  So you are -- it is -- there's no way to

15   enter this office without also entering the courthouse.

16         THE COURT:  So noted.

17         MR. HOFFMAN:  And I have one final clip to play in

18   which --

19         COURTROOM DEPUTY:  Mr. Hoffman, when you speak, will

20   you speak into a microphone, please.

21         MR. HOFFMAN:  All right.  The government has one

22   additional clip to play.  This is from a radio broadcast of

23   May 2nd, 2013, that was broadcast on KSDZ, a radio station in

24   Gordon, Nebraska.

25         THE DEFENDANT:  I object to this as hearsay

1    information, what is being presented by him, because of the

2    fact of your coercion of duress against me in that condition of

3    release.  That condition of release is null and void when

4    coercion and duress is involved.

5            THE COURT:  The objection -- hearsay objection is

6    overruled since hearsay is admissible in these stage of the

7    proceedings and so the objection's overruled and you may

8    proceed.

9            MR. HOFFMAN:  Yes, Your Honor.  And we are directing

10   the Court to this audio clip because in it the defendant refers

11   to his conditions of release.

12       (Audio clip played.)

13           THE COURT:  Do you have anything further?

14           MR. HOFFMAN:  No, Your Honor.

15           THE COURT:  All right.  Do you have evidence you wish

16   to present, Mr. Due?

17           THE DEFENDANT:  Well, I've been denied due process of

18   law and I have not had the availability of -- while I've been

19   in jail not had the availability of due process of law to

20   obtain discovery and information and for that matter my civil

21   rights are being violated right now by this court system and

22   you.

23       I demand time to prepare a defense, and I demand that you

24   order the prosecuting attorneys and those bringing these

25   allegations to answer all of my affidavits and demand to show

1    just cause, and I demand that you answer my demand to show just

2    cause for your actions also which you have failed to.

3        I want that on judicial record.

4            THE COURT:  Well, whatever is -- is being recorded in

5    these proceedings are recorded.

6        My question again to you is do you wish to present any

7    evidence with respect to the petition to revoke your conditions

8    of release?

9            THE DEFENDANT:  I don't understand what you're

10   saying.

11           THE COURT:  Do you have any evidence you wish to

12   present today with regard to the petition to revoke your

13   conditions of release?

14           THE DEFENDANT:  Because I've been denied due process

15   of law to this point, I have not had the opportunity to pull

16   evidence together to provide the court.

17           THE COURT:  Well --

18           THE DEFENDANT:  And I demand time --

19           THE COURT:  -- I can --

20           THE DEFENDANT:  -- I demand time to prepare my

21   defense in such matters --

22           THE COURT:  I can --

23           THE DEFENDANT:  -- that I may present evidence to the

24   court in my defense.

25           THE COURT:  I can give you time to do that and we can

1     continue the hearing till --

2               THE DEFENDANT:  I haven't been allowed to go into the

3     law library.  I haven't been allowed to bring my legal

4     documents with me.  I got to have time to pull that information

5     together.

6               THE COURT:  I'll give you until -- I'll give you

7     until Tuesday the 20th at 1:30 p.m. and I'll continue the

8     hearing until then.

9               THE DEFENDANT:  I need a written statement of what it

10    is that -- I don't understand what -- what -- what all this

11    proceeding here.  I need a written statement from the one

12    making the allegations of what it is and what I'm supposed

13    to --

14              THE COURT:  The defendant will be provided a copy of

15    the -- if he has not already -- the Pretrial Services Violation

16    Report, which is filing number 143, and also be provided a copy

17    of the petition to revoke the conditions of release and the

18    clerk will make sure that the defendant obtains those.

19         In the meantime, the matter will be continued until as I

20    said 1:30 --

21              THE DEFENDANT:  And I --

22              THE COURT:  -- 1 --

23              THE DEFENDANT:  -- demand that you present an order

24    that I can carry with me my legal documents and stuff 'cause

25    each time I've been transferred they take them away from me.  I

1     want an order where I can have all my person- -- my legal

2     documents, my supporting documents, et cetera, et cetera.

3              THE COURT:  Well, I'll visit with the U.S. Marshal to

4     see that they can provide the documents that you have.

5         The -- Further, I do note that while -- before these

6     proceedings the defendant was represented by counsel and he had

7     provided various notices, motions, whatever to the clerk's

8     office which were -- under the local procedures were not

9     allowed to be filed but were held.

10        The defendant now being considered pro se by the Court --

11             THE DEFENDANT:  I am not pro se.

12             THE COURT:  I'm considering you pro se.

13             THE DEFENDANT:  Well, then you're violating my civil

14    rights and I demand you show findings of facts and conclusions

15    of law by affidavit sworn to be true, correct and complete

16    under your own commercial liability.

17        Furthermore, I demand that you identify yourself properly

18    and produce your -- a certified copy of your oath, your bonding

19    information and/or public official liability insurance --

20             THE COURT:  And --

21             THE DEFENDANT:  -- and I demand that a copy of the

22    replevin blond *[sic]* or -- and/or distress bond that's required

23    to put an arrest on me be produced.

24             THE COURT:  The documents that were directed be held

25    by the clerk will now be filed and so they will be determined

1    as either motions and so forth and be --

2              THE DEFENDANT:  They are not motions, Mr. Judge.

3              THE COURT:  -- dealt with --

4              THE DEFENDANT:  They are demands.  A motion is only a

5    parliamentary procedure, Mr. Judge.

6              THE COURT:  The --

7              THE DEFENDANT:  A demand brings commercial liability

8    and you have commercial liability.  This court has commercial

9    liability.  All public officers, officials and agents of the

10   public trust of the United States have commercial liability and

11   the burden of proof is upon the public officials, officers and

12   agents.

13             THE COURT:  The clerk will perform the duties as

14   directed by this court as to filing of the matters.  Even

15   though they may be entitled Demand, they will be considered

16   either demand or motion and the Court will deal with them at

17   that time.

18             THE DEFENDANT:  They shall be considered as demands

19   or else you are violating my civil rights.

20             THE COURT:  What's the difference between a demand

21   and a motion, Mr. Due?

22             THE DEFENDANT:  A motion is a parliamentary

23   procedure, if you did not know.

24             THE COURT:  Is it a motion --

25             THE DEFENDANT:  It is not law.  Provide me finding of

```
1    facts and conclusions of law proving otherwise, Mr. Judge.

2            THE COURT:  Well, your definitions are not the same

3    definitions --

4            THE DEFENDANT:  Well, then provide me finding of

5    facts and -- I demand you provide me findings of facts and

6    conclusions of the law by affidavit sworn to be true, correct,

7    materially complete and not misleading under your own

8    commercial liability to prove beyond any reasonable shadow of

9    doubt your claims, Mr. Judge.

10           THE COURT:  The -- your request is denied.

11      The -- and, again, I would --

12           THE DEFENDANT:  And your actions are a violation of

13   my civil rights and give me reasonable belief to have probable

14   cause that you are being biased against me which therefore

15   pursuant to Title 28, Section 455 you're automatically

16   disqualified by law and I demand your recusal for this case.

17           THE COURT:  Your request is denied.

18      Anything further from the government today?

19           MR. HOFFMAN:  No, Your Honor.

20           THE COURT:  All right.  We'll be in recess.

21      (Recess had at 10:26 a.m. on August 7, 2013.)

22      (At 1:29 p.m. on August 20, 2013, with Mr. Brian Bailey

23   present as counsel for the plaintiff, Mr. Jerry Hug present as

24   standby counsel and the defendant present, the following

25   proceedings were had:)
```

```
 1            THE COURT:  ...carrying the number of 8:12CR344.

 2        The parties enter their appearance for the record, please.

 3            MR. BAILEY:  Your Honor, for the United States, Brian

 4    Bailey.

 5            MR. HUG:  Good afternoon, Your Honor.  Jerry Hug as

 6    standby counsel for Mr. Due.

 7            THE COURT:  And Mr. Due is present.

 8        We're here to continue the hearing on the violation of

 9    pretrial release which was continued from our last session.

10        Mr. Due requested additional time so we continued that

11    time.

12        So, Mr. Due.

13            THE DEFENDANT:  First, for the official record, we

14    got a demand of due process here.  I, Randall Due, certify the

15    following to be true, correct, complete to the best of my

16    knowledge and belief.  The Douglas County Jail is now providing

17    me minimum medical needs at this time and finally allowing me

18    to have phone and mail communication.  When I was here the last

19    time and went back there, I didn't have phone service, was

20    denied due process of law.

21        So as to not deny me rights, due process of law pertaining

22    to the said communication any more, if I was transferred to

23    another facility after this hearing, it would deny me of due

24    process of law because of breaking my communications for one to

25    two weeks again; therefore, I demand to remain in Douglas
```

1    County Jail through the conclusion of this hearing subject

2    matter unless I'm released from custody.

3            THE COURT:  All right.  Mr. -- give that to Mr. Hug.

4        Mr. Hug, would you deliver that to the clerk, please.

5            THE DEFENDANT:  He's not my counsel and he's not my

6    standby counsel.  Get him out of here.  I demand him to be

7    removed.  He was terminated.

8            THE COURT:  Mr. --

9            THE DEFENDANT:  Are you sure you want to violate my

10   civil rights --

11           THE COURT:  Mr. --

12           THE DEFENDANT:  -- and deny me my liberty?

13           THE COURT:  Mr.  --

14           THE DEFENDANT:  That's a violation of my civil rights

15   and it's a felony offense pursuant to Title 18, Section 241.

16   Is that what you want to -- you want to go on judicial record

17   as committing --

18           THE COURT:  Mr. Due, give me a chance to respond,

19   please.  Are you requesting that Mr. Hug be relieved as your

20   standby counsel?

21           THE DEFENDANT:  I terminated him.  He is neither my

22   standby nor my counsel.  I terminated him for insufficient

23   counsel.  Why would I want somebody that's insufficient

24   counsel?

25           THE COURT:  Do you wish the Court to appoint standby

```
 1    counsel for you?

 2              THE DEFENDANT:  No.  But I do not waiver my right to

 3    assistance of counsel should I choose but he is not my counsel

 4    or standby counsel.  Is that clear?

 5              THE COURT:  Are you requesting the appointment of

 6    counsel?

 7              THE DEFENDANT:  No.

 8              THE COURT:  All right.  All right.

 9              THE DEFENDANT:  I want him out of my face.

10              THE COURT:  Well, it's not necessarily that alone,

11    Mr. Due, but I will grant your request and relieve Mr. Hug as

12    your standby counsel.

13        And, Mr. Hug, you are relieved and you may withdraw from

14    the case.

15              MR. HUG:  Thank you, Your Honor.

16              THE COURT:  All right.  Hand that paper to the

17    marshal then and the marshal will bring it to the clerk.

18              THE DEFENDANT:  Okay.

19              THE COURT:  All right.  It will be filed with the

20    clerk.

21              THE DEFENDANT:  Now, next I have a demand to strike

22    plaintiff's claim.  I, Randall Due, certify that the following

23    is true, correct and complete to the best of my knowledge and

24    belief.  I demand the court to strike plaintiff's claim per

25    court Rule 12(b)(6), failure to state a claim upon which relief
```

1    may be granted, for the following reasons:

2         Number one.  Plaintiff has failed to prove that accused

3    actual, natural, all lower case name, private, unenfranchised

4    man being detained is a all capital letter corporate fiction

5    person subject per Rule 12(b)(2), no in personam primary

6    jurisdiction.

7         And, number two, plaintiff has failed to prove that

8    accused natural man is within the plaintiff's corporate bounds

9    and, therefore, no venue jurisdiction can attach per Rule

10   12(b)(3), no venue primary jurisdiction.

11        And, number three, per Rule 12(b)(1) plaintiff has failed

12   to prove any valid contractual nexus because accused's

13   authorized signature appears nowhere on any purported contract

14   or agreement thus no valid subject matter primary jurisdiction.

15        Number four.  Also per Rule 12(d) no presumptions allowed.

16        Number five.  Per federal criminal rules of procedure

17   12(b)(2)(A) a case stops at its first defect.  Notice of first

18   defect in Case No. 8:12CR344.

19        The lien debtors defaulted on their very gracious 90-day

20   grace period in which they were given to contest any part of

21   the oath/consensual public commercial lien process presented to

22   them which is a citizen's First Amendment administrative right

23   to petition the government for redress of grievances because of

24   the official's rebellion or insurrection against this nation,

25   its Constitution and the American people.  That happens to be a

1    Title 18, criminal law Section 2383, rebellion and

2    insurrection.

3        Number seven.  Therefore, lien debtors waive their right

4    to later -- after the 90-day grace period to now claim any part

5    of the oath/consensual public commercial liens to be false,

6    fictitious or fraudulent.

7        Number eight.  To do so is a violation of the official's

8    oath/consensual obligation of contract to We the People/The

9    Public to support and defend this nation, its Constitution and

10   the American people against all enemies, both foreign and

11   domestic, and a violation of Article 1, Section 10, Clause 1 of

12   the U.S. Constitution.

13       Number nine.  Therefore, plaintiff lacks all three primary

14   requisite elements of jurisdiction to proceed against the

15   accused live, actual, private, unenfranchised natural man,

16   Randall Due, and thus per court Rule 12(b)(6), said action

17   should be stricken from the record and accused immediately

18   released from custody.

19       Notice to agent is notice to principal; notice to

20   principal is notice to agent.

21       I, Randall Due, exercise the right to amend this and/or

22   any other document, if necessary, in order that the truth may

23   be more fully and certainly ascertained and justly determined.

24       I want that filed and so, Marshal --

25           THE COURT:  Marshal --

1          THE DEFENDANT:  -- would you --

2          THE COURT:  -- would you --

3          THE DEFENDANT:  -- present it up there for filing.

4          THE COURT:  -- provide that to the clerk, please.

5      And if you will staple that and it will be a separate

6  filing.

7          THE DEFENDANT:  I have...

8      And then I have more documents to enter in.  I have a

9  distress replevin dated the 15th of August.  Judicial fraud,

10  denial of due process of law, violation of civil rights.

11  Replevin demand to show just cause and it happened to be

12  addressed to you, Mr. Thalken.

13      I, affiant Randall David Due, Public Minister, acting in

14  my own proper person, certify under my own commercial liability

15  that the following is true, correct, materially complete and

16  not misleading to the best of my knowledge and belief.

17      Allegation claims, affidavit of material facts:

18      Number one.  Judge Thalken has refused and failed to

19  immediately contest my affidavits sent to him on July the 2nd,

20  2013, by certified mail stating that I signed the condition of

21  release under his coercion and duress, against my person which

22  was that if I refused to sign that I would probably remain in

23  jail.  See Exhibit A.

24      Number two.  Judge Thalken has refused and failed to

25  immediately show specific just cause of finding of facts and

1   conclusions of law proving beyond a reasonable shadow of a

2   doubt that his requiring me to sign his condition of release

3   which directly violates my natural rights and civil rights was

4   not done under coercion and duress.

5       The direct violation of my natural rights and civil rights

6   to which I am referring to are:

7       A, First Amendment right of freedom of religion.  By

8   violating my freedom of communication, speech and press.

9   Hebrews 13:1c *[sic]*, but to do good, and to communicate forget

10  not, for with such sacrifices God is well-pleased.

11      B, First Amendment right of freedom of speech.  By denying

12  me spoken communication with my clients who I have been granted

13  contract by power of attorney.

14      C, First Amendment right of freedom of press.  By denying

15  me written communication with my clients who I have been -- by

16  contract been given power of attorney.

17      D, First Amendment right of freedom peaceably to assemble.

18  To petition the government for redress of grievances.

19      E, My right of freedom from having in effect soldiers,

20  pretrial service person, quartered in my house without my

21  consent.

22      F, Violation of my right to contract with my clients

23  and/or any other party, including with public officials,

24  officers and agents of the government, by their oath/consensual

25  contract and trustees and servants to all state and natural

1    citizens for their faithful performance of duties and

2    responsibilities to We the People/The Public of the public

3    trust at USA.

4         Number three.  Judge Thalken has failed to show specific

5    just cause that I did not, in fact, reserve and protect all of

6    my natural rights and civil rights by undersigning my signature

7    with UCC 1-308; therefore, commercial contract law has exposed

8    a fraud and voided the conditions of the condition of release

9    contract with the effect of fully protecting and preserving all

10   of my natural rights and civil rights as secured by the

11   Constitution for the United States of America and the laws

12   pursuant thereto.

13        The Constitution is the supreme law of the land and all

14   judges are bound thereby.  That's Article VI, paragraph 2 of

15   the Constitution.

16        Number four.  Judge Thalken's refusal and failure to

17   answer or contest within the time stated my aforesaid affidavit

18   for demand to show specific just cause has caused Judge Thalken

19   to default on this citizens' First Amendment administrative

20   process.  Thereby, Judge Thalken has agreed by default to all

21   of the aforesaid allegations, claims in the affidavit.

22   Specifically that I signed his condition of release under his

23   coercion and duress, a fraud of process which voids the

24   contract.

25        Number five.  Plaintiff ex rel. parties have failed to

1    show specific just cause how their allegations, claims are not

2    fraud of process because the foundational condition of release

3    was obtained by coercion and duress, a fraud which voids all

4    contracts.

5        Remedy and relief, a distress replevin, bond by criminal

6    complaints and public consensual commercial liens.

7        Number one.  Plaintiff ex rel. parties must immediately

8    answer all affidavits which have been presented to the

9    plaintiffs ex rel. parties by all defendants in Case No.

10   8:12CR344 and subordinate Case No. 8:13CV122 categorically

11   point by point, sworn to be true, correct, materially complete

12   and not misleading under their own commercial liability and

13   show specific just cause of findings of facts and conclusions

14   of law to support their allegations, claims categorically point

15   by point sworn to be true, correct, materially complete and not

16   misleading under their own commercial liability.

17       Number two.  Plaintiff ex rel. parties must immediately

18   provide full disclosure of proper identification by providing a

19   certified copy of their required oath to support and defend

20   this nation and its Constitution against all enemies, foreign

21   and domestic.

22       Number three.  And provide full disclosure of their

23   bonding and/or public official liability insurance information

24   which states the names, policy numbers, address, agent's

25   contact information so that their commercial liability can be

1    verified.

2         Number four.  I, Randall Due, demand that the plaintiff ex

3    rel. parties' allegations and claims of violation of condition

4    of release to be dismissed with prejudice, that is, with

5    finality.

6         Number five.  I demand to be immediately released and

7    returned to my home at the expense of plaintiff ex rel.

8    parties.

9         Number six.  I demand immediate compensation for cited

10   civil rights violations by or from plaintiff ex rel. parties.

11        Number seven.  I demand plaintiff ex rel. parties pay all

12   court costs and other costs arising from this matter.

13        Surety of judicial bonds, public official bonds, bar

14   association financial fund account and public official

15   liability insurance.

16        Exhibits of facts and law, Constitution for the United

17   States of America, 18 U.S.C. Section 2, 3, 4, 241, 242, 1001,

18   1341, 1621, 1622, 2071, 2381, 2382 and 2383, also 28 U.S.C.

19   Section 455 and Nebraska Statute 24-739.  A notice to agent is

20   notice to principal; notice to principal is notice to agent.

21        Affiant exercised the right to amend this and/or any other

22   document, if necessary, in order that the truth be more fully

23   and certainly and justly ascertained.

24        Affiant Randall David Due in the flesh and blood, in

25   proper person does not consent to be an accessory party to

```
 1    fraud.  That's 18 U.S.C. Section 2, 3 and 4 and/or violation of
 2    my certain unalienable rights endowed by my Creator and secured
 3    by the Constitution, the Bill of Rights and by our soldiers who
 4    swear an oath to defend this nation and its Constitution
 5    against all enemies, foreign and domestic.
 6         Furthermore, I reserve all of my rights using the UCC
 7    1-308, which is performance or acceptance under reservation of
 8    rights, in relationship to any past and/or future action
 9    concerning this case.  Notice is hereby given.  Fraud vitiates
10    all contracts and is grounds for reversal of all legal faults.
11         I, affiant Randall David Due, Public Minister, acting in
12    my own proper person, certify under my own commercial liability
13    that I have read the foregoing instrument and know the content
14    thereof and that to the best of my knowledge and belief, the
15    foregoing is true, correct, materially complete and not
16    misleading.
17         Now, a reference to -- or, number one, it said see Exhibit
18    Z, for if thou can refuse to contest my affidavit.  Exhibit A
19    happens to be on July the 2nd you were provided with a judicial
20    fraud, denial of due process law, violation of civil rights,
21    demand of replevin, demand to show just cause.  You failed to
22    answer.
23         Precertification.  I, Randall David Due, Public Minister,
24    acting in my own proper person, certify under my own commercial
25    liability that the following is true, correct, materially
```

1    complete and not misleading to the best of my knowledge and

2    belief.

3         Allegations and claim, affidavit of material facts,

4    coercion and duress.

5         Number one.  On April the 10th, 2013, you, Judge T.

6    Thalken, engaged in a fraud of process by requiring me, Randall

7    David Due, to sign under coercion and duress a condition of

8    release contract which imposed upon me is a violation of my

9    constitutionally guaranteed natural and civil rights.

10        Number two.  I, Randall David Due, asked you, Mr. Thalken,

11   approximately, if I signed the condition of release, would this

12   mean that I would be allowed to go back to Georgia and receive

13   all of the medical treatment which I need and which is being

14   denied me in jail.  You, Mr. Thalken, replied yes.

15        Number three.  Then I asked you, Mr. Thalken,

16   approximately, if I refuse to sign the condition of release,

17   would this cause me to remain in jail?  You, Mr. Thalken,

18   replied something to the effect that probably I would remain in

19   jail.

20        Domicile and community.  I have had and have an

21   established home and family domiciled in the same place and

22   address for 26 years.

23        Number five.  I have never been convicted of any crimes.

24   My children have never been convicted of any crimes.

25        Number six.  No court officers have provide -- proven by

affidavits sworn to be true, correct, materially complete and
not misleading under their own commercial liability that I,
Randall David Due, am a threat to any person in the community
or a danger to the community.  This is a direct violation of
Article IV, Section 1 of the Constitution of the United States.

No flight risk, number seven.  I am not a flight risk and
there is no reason to believe that I would be a flight risk.

My life's work stands as proof for all to witness that I
do not walk away from problems.  I am recognized as a Public
Minister because I walk or run toward problems with the intent
to solve them just as this affidavit proves.

Number eight.  I, Randall Due, have acted as a Public
Minister for many years as a civil rights advocate helping my
fellow countrymen in various ways with free information and
assisting them to protect their civil rights as secured by the
Constitution for the United States of America.  This is
patently evident by doing a web search of my name Randall Dave
Due, a/k/a Randy Due, as well as my web handle Duze and
Moreless (phonetic).

Number nine.  I have been very open in my actions of
helping my fellow countrymen to protect their constitutionally
protected civil rights.  All that any public official needs to
do to locate me is to call me at my home phone number or come
to my house address which I have posted all over the Internet
along with my legal and political postings.

1    Number ten.  I feel and believe that the conditions of

2    release contract restricting my freedom of communication and

3    association with other people is a direct violation of my

4    rights under the First Amendment to the Constitution for the

5    United States of America, the due process of law and of my

6    civil rights and criminal and -- civil and criminal

7    responsibilities under 42 U.S.C. 1986, 18 U.S.C. Section 4, 18

8    U.S.C. Section 241 and 18 U.S.C. Section 242.  Especially in

9    the case of those who have requested or demanded my help and

10   who have granted me a power of attorney to assist them as a

11   Public Minister civil rights advocate in protecting their civil

12   rights and/or anyone else who needs my help in guaranteeing the

13   constitutional protection of their civil rights.

14       Number 11.  Requiring me to report to a pretrial service

15   officer and complying with their directives when there is no

16   lawful or personal history grounds for it is disrespectful,

17   personal insult and a violation of my civil rights, pacifically

18   *[sic]* the violation of my Third Amendment rights against

19   quartering soldiers in my house without my consent.

20       The assault, 12.  The Fourth Amendment states that

21   government officers cannot violate my person, houses, papers

22   and effects without a sworn affidavit.

23       No. 13.  The FBI agents and their accessory law

24   enforcement accomplices had absolutely no jurisdiction or

25   grounds to use a trick and ruse to get me outside of my house

1   except to exercise excessive force by assaulting, tasering and

2   kidnapping me as the prosecuting attorney has already admitted

3   on the public court record was done to me.

4       Number 14.  The judges, court officers, FBI agents and

5   their accessory law enforcement accomplices have been and are

6   being brutal toward me because I have found a way to hold them

7   publicly accountable for their criminal behavior toward my

8   fellow countrymen, the public.

9       Number 15.  Picture this, what can happen to one can

10  happen to all.  If they can capriciously descend upon me and

11  violate my civil rights as secured by the Constitution for the

12  United States of America and laws pursuant thereto, what is to

13  stop them from doing the same thing to you, the reader?

14      Portraying Randall David Due as a criminal, number 16.

15  The FBI and accessory law enforcement accomplices have

16  portrayed me as a criminal.  That portrayal of me has been both

17  libel and slander.  They have disrespected my responsible

18  constitutional services as a Public Minister provided pursuant

19  to 42 U.S.C. Section 1986 and 18 U.S.C. Section 4, 241 and 242

20  because it holds public officials accountable for their

21  criminal behavior.

22      Criminal law 18 U.S.C. Section 4 mandates that I report

23  that criminal behavior to some judge or other person in civil

24  or military authority.

25      Number 17.  I do not feel or believe that any of the

1   people that I associate with or communication with have filed

2   any false liens or spurious civil actions against judges or law

3   enforcement officials and, furthermore, I do not know of any

4   judges or law enforcement officials who have proven that anyone

5   has filed false liens or spurious civil actions against them.

6        But even more important, as a Public Minister, I asked

7   shall attorneys and lawyers be portrayed as criminals just

8   because their clients are criminals?

9        Shall a doctor only associate with people who are well?

10  Before you charge someone else, consider your own associations.

11       That is why an indictment is called a libel in Scot's law.

12  See *Black's Law Dictionary*, 4th edition, revised edition page

13  1060.  Liable -- third paragraph, liable of two kinds in Scot

14  law.  Namely, indictments and criminal letters.

15       Indictments and criminal letters presented by a government

16  official must be bonded to protect the public from the awesome

17  power of the government, especially when its officers are

18  corrupt and self-serving or serving a superior malevolent

19  political structure.

20       Political immunity of Public Minister, 18.  Article 1,

21  Section 6 of the Constitution for the United States of America,

22  states the senators and representatives, da, da, da, shall in

23  all cases except treason, felony and breach of peace be

24  privileged from arrest during their attendance at the session

25  of the respective houses and in going to and returning from the

1    same and for speech or debate in either house.  They shall not

2    be questioned in other place -- in any other place.

3         Nineteen.  Because of my long-term dedicated work as a

4    Public Minister civil rights advocate, I have earned and am

5    granted thereby and have political immunity from violation of

6    my political rights.  In other words, my actions as a Public

7    Minister civil rights advocate must be respected.  If it is not

8    true that functioning as a Public Minister civil rights

9    advocate has given me political immunity from violation of my

10   political rights, then each and every active Congressman can be

11   tasered, thrown to the ground and kidnapped by the FBI and/or

12   any other law enforcement officials when they see fit to do so

13   as it was done to me.  For what can happen to one can happen to

14   all.

15        Number 20.  I am fully aware of the fact that I am being

16   politically prosecuted and persecuted because that is the

17   retaliation and unlawful penalty for exposing the corruption of

18   public officials in the government as I am mandated to do by 18

19   U.S.C. Section 4.  You can contact any person that I have

20   worked with or worked for if you need a witness to the criminal

21   behavior of public officials.

22        Conclude, number 21.  Denying my right to contract and/or

23   serve paper processes on any public officials whom I feel or

24   believe has violated my and/or any citizen's civil rights is a

25   violation of my First Amendment rights to petition and of due

1    process of law.  This is especially true when they deny me the

2    right to present a process to the U.S. Marshals who seem to be

3    the only remaining decent and honorable law enforcement

4    officers in the United States justice system.

5         Twenty-two.  The ruling by any judge and/or other court

6    officer that criminal complaints, 18 U.S.C. Section 4, filed in

7    the United States courts against public officials pursuant to

8    criminal law 18 U.S.C. Section 4, 241 and 242 are civil

9    actions, Title 28 civil, is a judicial act of forgery, fraud

10   and falsification of documents and other legal processes under

11   color of law.  Constitution Article IV, Section 1, amendment 5

12   and 14; 18 U.S.C. Section 3, 4, 241, 242, 1341, 1621, 1623,

13   1001, 2071, 2381 and 2383.

14        Number 23.  I feel and believe that the order setting

15   conditions of release contract restricting me from entering any

16   courthouse and/or filing any documents or actions which I deem

17   necessary to my self-defense and the protection of my and/or my

18   fellow countrymen's civil rights is a violation of my First

19   Amendment right peaceably to assemble and to petition the

20   government for a redress of grievances and constitutional

21   violation of the due process of law and a violation of my civil

22   rights, First, Fifth, Ninth and Fourteenth Amendment

23   violations.

24        Twenty-four.  I know that I signed the condition of

25   release under coercion of duress in order to be able to have

1    necessary medical and dental surgery to save my life and I know

2    that I have a positive legal and lawful commercial claim

3    against all public officials and accessory accomplices

4    whichever imposed this coercion and duress upon me.  It's money

5    in the bank of justice.

6        Twenty-five.  On April the 10th, 2013, I, Randall Due,

7    undersigned my signature on the aforesaid condition of release

8    with the citation of UCC 1-308, thus reserving all my God-given

9    and civil rights as secured by the Constitution for the United

10    States of America and the laws pursuant thereto therefore

11    making void the condition of release fraud which you,

12    Mr. Thalken, attempted to impose upon me by coercion and duress

13    as a retaliatory action against me for my actions of reporting

14    the judicial fraud as I am mandated to do so by 18 U.S.C.

15    Section 4.

16        Number 26.  Fraud vitiates all contracts.

17        Remedy and relief, replevin, demand to show just cause,

18    number 27.  I, Randall David Due, demand you, Mr. Thalken, to

19    properly identify yourself by providing a certified copy of

20    your oath to support and defend the Constitution for the United

21    States of America against all enemies, both foreign and

22    domestic, as well as provide your bonding and/or public

23    official liability insurance to guarantee your commercial

24    liability in the case.  You failed to do that.

25        Number 28.  I demand you, Mr. Thalken, to order all court

1    actors involved and/or associated in any way with this Case No.

2    8:12CR344 to likewise properly identify themselves.  You failed

3    to do that also.

4         Twenty-nine.  I demand that all future communication by

5    you, Mr. Thalken, and/or any other court actors involved in

6    aforesaid cases must be in writing by affidavits sworn to be

7    true, correct, complete and not misleading under your

8    commercial liability.  This is because of your, Mr. Thalken,

9    the United States of America ex rel. officials and officers of

10   this public trust, plaintiffs with commercial liability saddled

11   with the burden of proof, deceptive court rules, regulations

12   and patently evident refusal to provide full faith and credit

13   and full disclosure as required by Article IV, Section 1 and

14   the Fifth and Fourteenth Amendments for the Constitution for

15   the United States of America.

16        Number 30.  Anything less on your, Mr. Thalken, the United

17   States of America ex rel. officials and officers of this public

18   trust, plaintiffs with commercial liability saddled with the

19   burden of proof, part shall be construed as patent evasion of

20   due process of law or fraud and a violation of my civil rights

21   as secured by the Constitution for the United States of America

22   and the laws pursuant thereto as pursuant to the Constitution,

23   Article IV, Section 1 and also amendment 5, 14, and 18 U.S.C.

24   Section 3, 4, 241, 242, 1341, 1621, 1623, 1001, 2071, 2381 and

25   2383.

1        Thirty-one.  Should you, Mr. Thalken, disagree with or

2    contest any part of this affidavit, you must immediately show

3    specific just cause of finding of facts and conclusions of

4    natural law, commercial law, constitutional laws, civil rights

5    laws and supporting criminal laws point by point by affidavit

6    sworn to be true, correct, complete and not misleading under

7    your own commercial liability to support your contesting of

8    this affidavit and your refusal to provide me my demands of my

9    right to the aforesaid elements of due process of law.

10       Number 32.  Failure or refusal to immediately contest this

11    affidavit as aforesaid demanded shall be construed to mean and

12    patent evidence that you are in total agreement categorically

13    with all points of this affidavit and that you, Mr. Thalken,

14    are not acting impartially as required by Nebraska Statute

15    24-739 and 28 U.S.C. Section 455.

16       Therefore, I reasonably question your impartiality in this

17    case.  Therefore, I demand that you, Mr. Thalken, immediately

18    recuse yourself from this and all other related cases and void

19    all of your orders and judgments involving this Case No.

20    8:12CR344 because of your aforesaid impartiality and fraud.

21       Number four *[sic]*, surety, judicial bonds, public

22    officials bonds, bar association financial account and public

23    official liability insurance.  Exhibits of facts and law.

24    Constitution for the United States of America, 18 U.S.C.

25    Section 2, 3, 4, 241, 242, 1001, 1341, 1621, 1622, 2071, 2381,

1    2382 and 2383 and also 28 U.S.C. Section 455 and Nebraska

2    Statute 24-739.

3        Nebraska Statute 72439 *[sic]* says disqualification of

4    judge and grounds.  A judge shall be disqualified from acting

5    as such in the county court, district court, Court of Appeals

6    or Supreme Court except by mutual consent of the parties which

7    mutual consent is in writing and made part of the record in the

8    following situations:

9        Number one.  In any case in which, a, he or she is a party

10   or interested, judgment is void and judge is disqualified.

11       We'll go to Title 28, U.S.C., Section 455,

12   disqualification of justice, judge or magistrate judge.  A, any

13   justice, judge or magistrate judge of the United States shall

14   disqualify himself in any proceeding in which his impartiality

15   might reasonably be questioned.  It doesn't say anything about

16   whether the judge questions it or not.  It doesn't say anything

17   about it's not the defendant.  In other words, it directly

18   implies that if the defendant has reason to believe that your

19   impartiality's being questioned.

20       He shall also disqualify himself in the following

21   circumstances:  He knows that he has individually or as a

22   fiduciary or a spouse or minor child residing in his household

23   has a financial interest in the subject matter in controversy

24   or in a party to the proceeding or in other interests that

25   would substantially affect the outcome of the proceeding.

1    Notice to agent is notice to principal; notice to

2   principal's notice to agent.

3    Affiant exercised the right to amend this or any other

4   document, if necessary, in order that the truth be more fully

5   and certainly ascertained and justly determined.

6    Affiant Randall David Due in the flesh and blood, in the

7   proper person do not consent to be an accessory party to fraud

8   and/or violation of my certain unalienable rights endowed by my

9   Creator and secured by the Constitution, the Bill of Rights and

10   by our soldiers who swear an oath to defend this nation and its

11   Constitution against all enemies, foreign and domestic.

12    Furthermore, I reserve all of my rights using the UCC

13   1-308 performance or acceptance under reservation of rights in

14   relationship to any past and/or future action concerning this

15   case.

16    Notice is hereby given.  Fraud vitiates all contracts and

17   is grounds for reversal of all legal faults.

18    I want this entered into the record.

19         THE COURT:  The marshal may provide it to the clerk.

20         THE DEFENDANT:  And now I have this document that I

21   want filed in the -- not in this case.  This is to be filed in

22   the court and I want it stamped as received.  This is a

23   criminal complaint against you, Mr. Thalken, and Troy Greve and

24   it's according to these laws, Title 18, 4.  I have the right --

25   whoever having knowledge of the actual commission of a felony

1    cognizable by a court of the United States conceals and does

2    not as soon as possible make known the same to some judge or

3    other person in civil or military authority under the United

4    States shall be fined under this title or imprisoned not more

5    than three years or both.

6              THE COURT:  All right.

7              THE DEFENDANT:  Civil Rights Act --

8              THE COURT:  Mr. Due --

9              THE DEFENDANT:  -- of 18 --

10             THE COURT:  Mr. Due, if those are the documents,

11   please provide them to the marshal and we will see --

12             THE DEFENDANT:  Okay.

13             THE COURT:  -- that they're appropriately filed.

14             THE DEFENDANT:  I want that entered in.  Not in this

15   case.  That's to be file stamped and I want copies of it,

16   verification that it's been filed.

17        And I want -- this is a document.  This was a demand that

18   you were process served.  It's the second notice.  Demand for

19   Certified Copies of Required Constitutional Oaths and Bonding.

20   Go ahead and enter that into this court record.

21             THE COURT:  The marshal may provide it to the clerk.

22             THE DEFENDANT:  And here's one for Troy Greve and

23   here's one for Scott Howell.

24             THE COURT:  The marshal will provide it to the clerk.

25             THE DEFENDANT:  And here's a document that I want

1    included in this court case.  It's a Notice of Existence of a

2    First Amendment Administrative Commercial Lien right of the

3    United States of America.  A consensual public commercial lien

4    is a commercial lien against --

5              THE COURT:  If that's just a document, we'll have it

6    provided to the marshal and it'll be provided to the clerk.

7              THE DEFENDANT:  Okay.

8              THE COURT:  We don't need to read it.

9              THE DEFENDANT:  That's to be entered in.

10             THE COURT:  Make those a separate -- be sure those

11   are --

12             THE DEFENDANT:  And here's another document to be

13   entered into this court record.  It's a fax cover letter,

14   Citizen's Declaration of Independence, six pages long.

15             THE COURT:  Very well.  The marshal will now provide

16   it to the clerk.

17             THE DEFENDANT:  Here's a document called a

18   Constructive Notice.  It's ten pages long.  I want it entered

19   into the records.

20             THE COURT:  The marshal may provide it to the clerk.

21             THE DEFENDANT:  And here's a document, Affidavit of

22   Distress Right, warning notice applies to all public officials

23   and officials of the law, especially to judges.  Four pages

24   long.

25             THE COURT:  The marshal may --

```
 1              THE DEFENDANT:  Entered into the records.

 2              THE COURT:  The marshal may provide it to the clerk.

 3              THE DEFENDANT:  And then I have a one-page document

 4     here.  It's an e-mail between Mr. Hug and me where that -- the

 5     whole subject matter on this -- this supposed thing.  What this

 6     is is a -- is the material Troy Greve is claiming I filed

 7     subject to the jurisdiction of the United States or is it

 8     subject to the jurisdiction of the State of Nebraska?

 9          Title 18, U.S.C., Section 7 and Title 18, U.S.C., Section

10     13 state that the United States officers and the United States

11     agents must honor Nebraska state rights and Nebraska

12     Constitution and Nebraska laws pursuant thereto.

13          Number three.  In other words, the United States

14     Government does not have the right --

15              THE COURT:  Mr. --

16              THE DEFENDANT:  -- to provide or violate --

17              THE COURT:  Mr. --

18              THE DEFENDANT:  I will finish this.

19              THE COURT:  Mr. Due --

20              THE DEFENDANT:  -- or violate --

21              THE COURT:  Mr. Due, you can provide that to the

22     marshal and the marshal will provide it to the clerk.

23              THE DEFENDANT:  Okay.  And then I have another

24     e-mail --

25              THE COURT:  You can provide that one --
```

1           THE DEFENDANT:  -- concerning --

2           THE COURT:  You can provide that one to the marshal

3     so --

4           THE DEFENDANT:  -- wire fraud to Mr. Hug.

5        And then I have a document that was faxed to Scott Howell

6     on the 15th of May demanding him to -- failure to immediately

7     respond to a sworn affidavit's requested shall be construed

8     that you have granted my request to file documents and actions

9     to defend myself and my fellow countrymen as mandated.  He

10    never responded.

11          THE COURT:  Provide it to the marshal and he can

12    provide it to the clerk.

13          THE DEFENDANT:  And here's an e-mail that was on May

14    the 16th between Mr. Hug.  He had quit communicating to me and

15    I said:  Your refusal to faithfully and diligently request full

16    disclosure --

17          THE COURT:  Mr. Due, you can provide that to the

18    marshal but it's sort of past the point now because Mr. Hug has

19    been relieved as standby counsel.

20          THE DEFENDANT:  Yeah, but this is all valid

21    information.

22        Here's a fax cover letter to the district -- Middle

23    District of Georgia, it was dated on May the 27th, identifying

24    what was sent to Scott Howell and he refused to put it into the

25    records and failure to provide full disclosure.

1        THE COURT:  It may be provided to the clerk.

2        THE DEFENDANT:  And for the record Article VI of the

3   Constitution of the United States states:  This Constitution

4   and the laws of the United States of America which shall be

5   made and pursuant thereof and all treaties made and are --

6   which shall be made under the authority of the United States

7   shall be the supreme law of the land.

8        THE COURT:  You can --

9        THE DEFENDANT:  And the judges in every state shall

10  be bound thereby and anything in the Constitution or the laws

11  of the state to the contrary notwithstanding.

12       THE COURT:  Do you wish to provide that to the Court

13  or do you wish -- all right.  It may be provided to the clerk.

14       THE DEFENDANT:  And may I remind you of your Judicial

15  Code of Conduct, Canon number 1 says:  The judge shall --

16       THE COURT:  You can provide that --

17       THE DEFENDANT:  -- uphold --

18       THE COURT:  You can --

19       THE DEFENDANT:  No, I'm going to read this.

20       THE COURT:  Mr. --

21       THE DEFENDANT:  The judge shall uphold the

22  integrity --

23       THE COURT:  Mr. Due -- Mr. Due, you may provide it to

24  the marshal who will provide it to the clerk.  All right.

25       THE DEFENDANT:  Are you going to honor your Judicial

1    Code of Conduct?

2           THE COURT:  I will always honor the Judicial Code of

3    Conduct.  Now, give it to the mar- --

4           THE DEFENDANT:  It says you'll respect and comply

5    with the law.

6           THE COURT:  Give it to the marshal.

7           THE DEFENDANT:  And here's a document -- three-page

8    document to all judges.  You mind if I get it and put it in the

9    record too?

10          THE COURT:  All right.  You may provide it to the

11   clerk.

12          THE DEFENDANT:  And because I've been denied due

13   process of law and continue to be and have not been fully

14   informed, there's no way that I can knowingly make a decision

15   about the subject matter that you're trying to can me on.

16       But for the official record, again, I demand that you

17   recuse yourself because now pursuant to the criminal complaint,

18   you have a direct financial interest so I demand pursuant to

19   Title 18, 2 -- Title 28, Section 455 and also Nebraska Statute

20   24-739 that you recuse yourself from this case.

21          THE COURT:  All right.  That request is denied.

22       Do you have anything further?

23       All right.  I've given you an opportunity to respond to

24   the request for revocation of pretrial release in this case.

25   It is obvious that -- to the Court that the defendant in this

1    case will not follow the directions of Pretrial Services in

2    this matter and as such I find the request for revocation of

3    release should be granted.  It is granted.

4        The defendant will be detained in the custody of the

5    marshal pending disposition of this matter.

6        We will then -- Mr. Due, you can proceed to -- now that

7    you are without standby counsel and you do not request the

8    appointment of counsel or the appointment of standby counsel

9    we're presently in the time for filing of pretrial motions in

10   the matter and that period of time is --  What's our time

11   limit, Mary Beth?

12       It's September 9th?

13           MR. BAILEY:  It's the 16th, I believe, Your Honor.

14           THE COURT:  September 16th?

15       All right.  You have until September 16th to file any

16   pretrial motions and otherwise then we'll proceed in the

17   regular course of business.

18       Nothing further, everybody is excused.  We will be in

19   recess.

20           THE DEFENDANT:  I demand you provide...

21       (Recess had at 2:19 p.m.)

22

23

24

25

1    I, Rogene S. Schroder, certify that the foregoing is a

2    correct transcription to the best of my ability from the

3    digital recording of the proceedings held in the above-entitled

4    matter.

5        */s/Rogene S. Schroder*                    September 3, 2013
              Transcriber                               Date
6

7                          E X H I B I T S

8                                                              Ruled
     EXHIBITS:                                  Offered         On
9
     2.  Documents filed in Mitchell County,
10       Georgia                                  9             10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25