IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | 8:12CR344 |
| vs. | ORDER |
| RANDALL DAVID DUE, | |
| Defendant. | |

This matter is before the court on the defendant's pro se Objection to Order, Demand "Strike" Order, Conflict of Interest (Filing No. 211). Defendant requests that the undersigned judge remove himself due to a conflict of interest and requests defendant's immediate release. The court is governed by 28 U.S.C. sec 455(a), which states: "Any . . . judge . . . of the United States shall disqualify himself in any proceeding in which his impartiality might reasonably be questioned." The court finds there is no support for the defendant's position. Accordingly,

IT IS ORDERED that the defendant's pro se Objection to Order, Demand "Strike" Order, Conflict of Interest (Filing No. 211) is denied.

DATED this 24th day of October, 2013.

BY THE COURT:

s/ Joseph F. Bataillon
United States District Judge