IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 8:12CR344 |
| vs. | ORDER |
| RANDALL DAVID DUE, | |
| Defendant. | |

This matter is before the court on the defendant's, Randall David Due (Due), "Motion to Compel Demand Plaintiff Show 'Just Cause'" (Filing No. 247). Due's "motion" can only be classified as legal gobbledygook and is without merit. Accordingly,

**IT IS ORDERED**:

Due's "motion" (Filing No. 247) is denied.

### ADMONITION

Pursuant to [NECivR 72.2](#) any objection to this Order shall be filed with the Clerk of the Court within fourteen (14) days after being served with a copy of this Order. Failure to timely object may constitute a waiver of any objection. The brief in support of any objection shall be filed at the time of filing such objection. Failure to file a brief in support of any objection may be deemed an abandonment of the objection.

### ADMONITION AS TO COUNSEL

The court again urges Due to accept counsel to represent him in this matter. It is clear Due has difficulty with adhering to the ground rules of trial practice, and an attorney skilled in criminal trial practice could be very helpful to Due. Previously, the court has counseled Due with the disadvantages of representing himself in these proceedings and does so again at this time.

Dated this 9th day of December, 2013.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge