IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | 8:12CR344 |
|---|---|
| Plaintiffs, | |
| vs. | ORDER |
| RANDALL DAVID DUE, | |
| Defendant. | |

This matter is before the court on defendant's motion to dismiss, Filing No. 195, and motion to strike, Filing No. 237.[1] The defendant has been charged in this case with filing false liens in violation of 18 U.S.C. § 1521.

With regard to the motion to dismiss, defendant's arguments are fairly incoherent, but it appears the motion is based on defendant's belief that the court has violated his Constitutional rights and he should be set free. The court has carefully reviewed the pleading and finds it is without merit. The court has jurisdiction over the defendant and over this case, and there is a case currently pending against Mr. Due. Accordingly, the court will deny this motion.

With regard to the motion to strike, this court recently denied defendant's motion to have judges removed from this case. See Filing Nos. 211 and 214. Defendant has now recharacterized the filing as one for a motion to strike. Consequently, the court will again deny this motion.

THEREFORE, IT IS ORDERED:

1. Defendant's motion to dismiss, Filing No. 195, is denied;
2. Defendant's motion to strike, Filing No. 237, is denied.

Dated this 10th day of December, 2013.

BY THE COURT:

s/ Joseph F. Bataillon
United States District Judge

---

[1] *See* Filing No. 239, wherein Magistrate Judge Thomas Thalken referred these two motions to this court.