IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiffs, | 8:12CR344 |
| vs. | |
| RANDALL DAVID DUE, | ORDER |
| Defendant. | |

This matter is before the court on defendant's objection, Filing No. 253, to the magistrate judge's order, Filing No. 246. The court has previously denied a similar request, Filing No. 252, and for the same reasons overrules this objection.

THEREFORE, IT IS ORDERED that defendant's objection, Filing No. 253, is overruled.

Dated this 16th day of December, 2013.

BY THE COURT:

s/ Joseph F. Bataillon
United States District Judge