IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | 8:12CR344 |
|---|---|
| Plaintiff, | |
| vs. | ORDER |
| RANDALL DAVID DUE, | |
| Defendant. | |

This matter is before the Court on defendant Randall David Due's motion for no in personam primary jurisdiction, Filing No. 190; motion for no valid subject matter primary jurisdiction, Filing No. 193; motion for no venue primary jurisdiction; Filing No. 194; motion to strike, Filing No. 196; and the findings and recommendation of the magistrate judge, Filing No. 239.

The magistrate judge filed his report and recommendation on November 27, 2013. The magistrate judge pursuant to NECrimR 59.2 allowed the parties fourteen (14) days to object to his decision. None of the parties filed an objection. The Court has carefully reviewed the findings and recommendation of the magistrate judge. The Court finds the magistrate judge is correct in his findings of fact and conclusions of law. Accordingly, the Court adopts the findings and recommendation in its entirety.

THEREFORE, IT IS ORDERED THAT:

1. The findings and recommendation of the magistrate judge, Filing No. 239, is adopted in its entirety;

2. Filing Nos. 190, 193, 194, and 196 are denied.

Dated this 3rd day of January, 2014.

BY THE COURT:

s/ Joseph F. Bataillon
United States District Judge