IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiffs,<br><br>　vs.<br><br>DONNA M. KOZAK and RANDALL DAVID DUE,<br><br>　　　　　　Defendants. | 8:12CR344<br><br>ORDER |

This matter is before the court on defendant Randall Due's motion for interlocutory appeal, Filing No. 273, and the Clerk of Court's copy of the in forma pauperis ("IFP") memo, Filing No. 278. The court has carefully reviewed the request to proceed IFP and finds it is frivolous and without merit. Accordingly, the court will deny the motion.

THEREFORE, IT IS ORDERED that defendant Randall Due's motion to proceed IFP, Filing No. 278, is denied.

Dated this 27th day of January, 2014.

BY THE COURT:

s/ Joseph F. Bataillon
United States District Judge