IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | 8:12CR344 |
| vs. | |
| RANDALL DAVID DUE, | ORDER |
| Defendant. | |

This matter is before the Court on a number of "interlocutory appeals" filed by the defendant, Randall David Due. Filing Nos. 324, 341, 343, 344, 347, and 350. The Court has carefully reviewed each request for appeal. To the extent Mr. Due is appealing the findings of the magistrate judge, the Court has reviewed the rulings of the magistrate judge de novo and finds the rulings are correct as to the facts and as a matter of law. To the extent Mr. Due is trying to file an interlocutory appeal to the Eighth Circuit, the Court denies such requests. In general, a party may only appeal a final order to the Eighth Circuit. *See* 28 U.S.C. § 1291. Further, he alleges no controlling questions of law or any issues that are of such import as to merit an interlocutory appeal. *See* 28 U.S.C. § 1292. Mr. Due's filings are frivolous and without merit. He alleges no factual or legal basis that would entitle him to an interlocutory appeal. Accordingly, the Court will not grant any of Mr. Due's requests for interlocutory appeal.

THEREFORE, IT IS ORDERED THAT Mr. Due's requests, Filing No. 324, 341, 343, 344, 347, and 350, for interlocutory appeal or review of the magistrate judge's orders are denied and overruled.

Dated this 18th day of April, 2014.

BY THE COURT:

s/ Joseph F. Bataillon
United States District Judge