IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiffs, | 8:12CR344 |
| vs. | |
| RANDALL DAVID DUE, | ORDER |
| Defendant. | |

This matter is before the court on defendant's notice of appeal, Filing No. 356, of the magistrate judge's order, Filing No. 333. The magistrate judge reviewed a number of documents filed by the defendant, Randall Due. The magistrate judge determined that the motions were substantively the same as those previously filed by Mr. Due, wherein all motions were denied. *See* Filing No. 263, Filing No. 315, and Filing No. 318. The magistrate judge further denied the remaining requests of the defendant. The defendant appeals these findings, generally asserting objections not related to the magistrate judge's order. The court has reviewed the rulings of the magistrate judge de novo and finds the rulings are correct as to the facts and as a matter of law. Accordingly, the appeal of the magistrate judge's order is denied.

THEREFORE, IT IS ORDERED:

1. The defendant's appeal, Filing No. 356, is denied.

2. The magistrate judge's order, Filing No. 333, is affirmed in its entirety.

Dated this 22nd day of April, 2014.

BY THE COURT:

s/ Joseph F. Bataillon
United States District Judge