```
                                                    FILED
                                               U.S. DISTRICT COURT
                                               DISTRICT OF NEBRASKA
```

State of Nebraska    )
                     ) ss.             14 APR 22 PM 1:07
County of Douglas    )
                                       OFFICE OF THE CLERK


TO THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEBRASKA


PARTIES:                                  )   Case no. **8:12CR344**
UNITED STATES OF AMERICA, ex rel          )
Officials and Officers of this Public Trust, )   (Date: *16 April 2014* )
with Commercial Liability, Saddled with the )
Burden of Proof, Plaintiffs               )   — *NOTICE* —
                                          )   *Thomas D. Thalken +*
                                          )   *Joseph F. Bataillon's*
vs.                                       )   *"Fraud in and on the Court*
RANDALL DAVID DUE, **NOT**                )   *Demand show Just Cause"*
**REPRESENTING** my real man, "pro se" as an )
attorney, **but** acting in the flesh and blood in self )
defense in my own proper person, Defendant. )
                                          )


CERTIFICATION

I, Affiant, Randall David Due, Public Minister, acting in my own proper person certify under my own <u>commercial liability,</u> that the following is true, correct, materially complete and not misleading to the best of my knowledge and belief.

```
                                          RECEIVED
                                          APR 22 2014
                                          CLERK
                                          U.S. DISTRICT COURT
                                          OMAHA
```

AFFIDAVIT OF MATERIAL FACTS

*Parties: Magistrate Judge Thomas D. Thalken*
          *Judge Joseph F. Bataillon*

*Place: U.S. District Court for the District of Nebraska*

*Event: Conditional Release — Date: 10TH April 2013*

*Event: Order setting Case for Trial — Date 10TH April 2014*

*1 of 8*

<u>Surety</u>: The Fidelity / Surety Bonds or equivalent of
the cited Judges,
their personal assets, -AND-
the assets of their Corporate Employer.

### Facts of Law

The Supreme Law of the Land, and the judges in every state shall be bound thereby...
— U.S. Constitution, Article 6, paragraph 2 —

All executive and judicial officers... shall be bound by Oath or Affirmation to support this Constitution.
— U.S. Constitution, Article 6, paragraph 3 —

<u>The Law</u>: 1st Amendment Rights of Freedom of Association (Speech and press - Oral & written communication.)

<u>The Violation</u>: On the 10TH day of April 2013 Magistrate Judge Thomas D. Thalken in conspiracy - under direction and approval of Judge Joseph F. Bataillon stepped outside of the U.S. Constitutional Mandates, outside of their Authority, acting under Color of Office and Color of Law to
Create a Conditional Release,

Depriving Defendants, Donna Marie Kozak, -AND- Randall David Due

of their UN-A-LIEN-ABLE Rights of Freedom of Association;

Making it a Crime for Defendants to Directly Communicate with each other;

in spite of the additional Fact that Donna Marie Kozak had granted Randall David Due "<u>Absolute</u>" Power of Attorney to assist her in the protection of her Civil Rights.

This is an additional <u>Violation of the Law</u>: U.S. Constitution, Article 1, Section 10, Clause 1 — No party shall <u>impart</u> the <u>Obligation of Contracts</u> —

<u>The Law</u>: 1st Amendment Right to Petition the government for a Redress of Grievances.

<u>The Violation</u>: In the aforesaid "<u>Conditional Release</u>" cited judges conspired to Deprive Defendants of their Right, making it a Crime for Defendants to file/record Legal Papers, in their Self-defense seeking a Redress of Grievances, into the court and/or Public Records.

3 of 8

The Law: 5TH & 14TH Amendment Right to not be Deprived of Life, Liberty or Property, without Due Process of Law...

The Violation: The aforesaid violations of Defendant's 1st Amendment Rights is depriving us of our Life, Liberty and Property, without Due Process of Law.

The Law: 14TH Amendment Equal Protection of the Law

The Violation: The aforesaid violation of Defendant's Rights deprives us of Equal Protection of the Law.

The Law: 28 USC § 455 - Disqualification of judge - upon the mere appearance of Bias or Prejudice or any financial interest in the case.

The Violation: The aforesaid violations against Defendant's most Basic Fundamental Rights.

The Law: - 18 USC § 2383 - Rebellion or Insurrection against the U.S. Constitution, the Supreme Authority and Law of the Land.

The Violation: The aforesaid violation of Defendant's Rights as secured by the U.S. Constitution.

4 of 8

<u>The Law</u>: 18 USC §§ 241 & 242
Conspiracy against Rights - AND - Deprivation of Rights

<u>The Violation</u>: The aforesaid violations of Defendant's Rights.

— <u>Additional Violations of all of the above</u> —

On approx. the 14TH Day of May 2014, based upon the aforesaid Fraudulent Conditional Release Magistrate Judge Thomas D. Thalken in conspiracy with and under the approval of Judge Joseph F. Bataillon issued an arrest warrant to have me arrested and thrown into Jail for merely exercising my 1st Amendment Right to Petition the government for a Redress of Grievances seeking Remedy / Relief in Self-Defense.

— Conclusion —

I, Randall David Due, do not consent to be party to this Conspiracy of Fraud of Process in and on the Court.

I do not recognize the cited judges as having any Authority.

I have on the Official Court Record and continue to Reserve all of my Rights.

5 of 8

Where is the Lawful Authority to support the aforesaid Civil Rights violations committed by Thomas D. Thalken and Joseph F. Bataillon?

Where is the Authority:

To allow the cited Disqualified judges to issue any kind of orders in these cases?

To issue an order setting a case for trial, when they have so Premeditatedly, Maliciously, with Willful Intent, so Flagrantly Disrespected and Dishonored the Supreme Law of the Land and Laws thereof?

To Deprive Defendants of their Rights of Life, Liberty, or Property, without Due Process of Law?

To proceed with this case when cited judges have conspired to engage the Court in their Fraud of Process as is Patently Evident from the aforesaid Violations that they have engaged in?

To allow Public Servants - judges - to act as they are above the Law?

6 of 8

## - Remedy/Relief -

I, Randall David Due, as is my Right of Due Process of Law -AND- Equal Protection of the Law, demand the Court to immediately Dismiss this Case "With Prejudice" for the aforesaid Fraud of Process.

I demand that the Order setting case for Trial be stricken from the Official Court Records because of the aforesaid Conspiracy of Fraud of Process in and on the Court.

I demand the immediate release of my Co-defendant and I from Custody/Detention.

Should any Judicial officer and/or other Public Servant believe any point of this Affidavit to be Frivolous, False, or Fraudulent; you must immediately argue/contest to show specific "Just Cause", categorically point-by-point, to support your belief, by Affidavit sworn or affirmed to be true, correct, materially complete and not misleading.

Anything less shall be considered to be Deliberately Evasionary of Due Process of Law -AND- a Default Judgment (Nihil Dicit) on your part.

7 of 8

**Notice to Agent is Notice to Principal; Notice to Principal is Notice to Agent**

Affiant(s) exercise the right to amend this and/or any other document if necessary, in order that the truth be more fully and certainly ascertained and justly determined.

*Affiant,* Randall David Due, *in the Flesh and Blood in Proper Person,* do not consent to be an accessory party to Fraud (18 USC §§ 2, 3 & 4) and/or violation of my **certain un-a-lien-able Rights endowed by my Creator and secured by the Constitution, the Bill of Rights, and by our soldiers who swear an Oath to defend this Nation and its Constitution against all enemies foreign and domestic.** Further more, I reserve all of my Rights in relationship to any past and or future action concerning this case. Notice is hereby given. **Fraud vitiates all Contracts and is grounds for reversal of all Legal Faults.**

Due, Randall #3306749, Douglas County Department of Corrections, 710 South 17th Street, Omaha, Nebraska, 68102

Respectfully,

By: _____
Public Minister/All rights reserved

Affirmed and subscribed before me this day: __16 April 2014__

I.D. # 3306749

GENERAL NOTARY - State of Nebraska
DAVID E. NELSON
My Comm. Exp. Nov. 29, 2014

_____
Signature of Notary

Seal

__David E Nelson__
Print name

Notary Public, State of __Nebr__

**Certificate of Service**

Sent: __16 April 2014__ by U.S. Mail Postage Prepaid to: — the Court —
c/o Clerk of Court, Roman L. Hruska U.S. Courthouse
111 S. 18th Plaza, Suite 1152
Omaha, NE. 68102

CC: DOJ Criminal Civil Rights Division
8Th Circuit Court of Appeals
The Public

8 of 8

DUE, RANDALL #33063969
Douglas County Dept of Correction
710 South 17th Street
Omaha, NE 68102

Clerk of Court
Romand. Douglas U.S. Courthouse
111 S. 18th Plaza, Suite #152
Omaha, NE 68102

RECEIVED
APR 22 2014
CLERK
U.S. DISTRICT COURT
OMAHA

Hasler
04/19/2014
US POSTAGE $01.19⁰
ZIP 68102
011D10627412