IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | 8:12CR344 |
| vs. | |
| RANDALL DAVID DUE, | ORDER |
| Defendant. | |

This matter is before the court on another interlocutory appeal filed by the defendant, Randall David Due. Filing No. 367. The court has carefully reviewed the request for interlocutory appeal and denies the same. In general, a party may only appeal a final order to the Eighth Circuit. *See* 28 U.S.C. § 1291. Further, Mr. Due alleges no controlling questions of law or any issues that are of such import as to merit an interlocutory appeal. *See* 28 U.S.C. § 1292. Mr. Due's filings are frivolous and without merit. He alleges no factual or legal basis that would entitle him to an interlocutory appeal. Accordingly, the court will not grant Mr. Due's request for an interlocutory appeal. In that same regard, the request for in forma pauperis status, Filing No. 368, is denied pursuant to Fed. R. App. P. 24(c), and the court finds that the appeal is not taken in good faith.

THEREFORE, IT IS ORDERED that Mr. Due's request, Filing No. 367, for interlocutory appeal is denied.

Dated this 7th day of May, 2014.

BY THE COURT:

s/ Joseph F. Bataillon
United States District Judge