IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | 8:12CR344 |
| vs. | ORDER |
| RANDALL DAVID DUE, | |
| Defendant. | |

This matter is before the Court sua sponte. The defendant in this case, who currently resides in a Douglas County jail in Omaha, Nebraska, has attempted to file numerous liens against several of the judges in this jurisdiction in this case as well as others. In doing so, he is using the resources, namely the notaries, at the Douglas County jail in Omaha, Nebraska to notarize his alleged and unlawful liens.[1] This Court has no authority to order the jail notaries to cease and desist notarizing these documents. However, the Court is hereby conveying to the jail authorities that these liens are in fact illegal in the hopes that jail policy will permit the notaries to refuse to sign and notarize the lien documents.

THEREFORE, IT IS ORDERED THAT:

---

[1] See 28 U.S.C. § 1521: "Whoever files, attempts to file, or conspires to file, in any public record or in any private record which is generally available to the public, any false lien or encumbrance against the real or personal property of an individual described in section 1114, on account of the performance of official duties by that individual, knowing or having reason to know that such lien or encumbrance is false or contains any materially false, fictitious, or fraudulent statement or representation, shall be fined under this title or imprisoned for not more than 10 years, or both."

1. The Clerk of Court shall cause a copy of this Order to be filed with the office of the United States Marshals;

2. The United States Marshals' office shall cause a copy of this order to be sent to the Douglas County jail officials where defendant is currently incarcerated; and

3. A copy of this order shall be sent to the defendant.

Dated this 9th day of May, 2014.

BY THE COURT:

s/ Joseph F. Bataillon
United States District Judge