IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | 8:12CR344 |
| vs. | ORDER |
| RANDALL DAVID DUE, | |
| Defendant. | |

This matter is before the court sua sponte. The court during a hearing on May 19, 2014, determined that the competency of defendant Randall David Due is at issue in this case. The court will issue an order in that regard in due time. However, the court has further determined that it should appoint counsel to represent defendant during the time period it takes to conduct a mental competency evaluation. Accordingly, under the provisions of the Criminal Justice Act, the court orders Stu Dornan to represent defendant for the sole purpose of determining his competency to stand trial and his competency to represent himself at trial.

THEREFORE, IT IS ORDERED that Stu Dornan is appointed to represent the defendant during the pendency of the mental evaluation process.

Dated this 27th day of May, 2014.

BY THE COURT:

s/ Joseph F. Bataillon
United States District Judge