IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | **8:12CR344** |
| vs. | |
| RANDALL DAVID DUE, | **ORDER** |
| Defendant. | |

This matter is before the court on defendant's notice/motion to proceed IFP on appeal, Filing No. 393. The court is now aware that Mr. Due has sufficient assets so as to enable him to proceed on his appeal and pay the filing fee. For this reason, the Court will deny the motion to proceed IFP.

SO ORDERED.

Dated this 3rd day of June, 2014.

BY THE COURT:

s/ Joseph F. Bataillon
United States District Judge