IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | 8:12CR344 |
| vs. | |
| RANDALL DAVID DUE, | ORDER |
| Defendant. | |

This matter is before the court on the defendant's, Randall David Due (Due), "Notice of Conflict of Interest and Criminal Complaint # 2" (Filing No. 408) and "Notice of Demand for GSA SF 24 Bid Bond"[1] (Filing No. 409). Due, similar to previous filings, seeks have the undersigned magistrate judge and the assigned district court judge recused from this criminal action based on Due's attempt to file commercial liens and criminal complaints against the above-mentioned judges. **See** Filing No. 408. Additionally, Due requests the court to file a bid bond. **See** Filing No. 409. These "motions" are unsupported in fact or law and will therefore be denied. Accordingly,

**IT IS ORDERED**:

1. Due's "Notice of Conflict of Interest and Criminal Complaint # 2" (Filing No. 408) is denied.

2. Due's "Notice of Demand for GSA SF 24 Bid Bond" (Filing No. 409) is denied.

**ADMONITION**

Pursuant to NECivR 72.2 any objection to this Order shall be filed with the Clerk of the Court within fourteen (14) days after being served with a copy of this Order. Failure to timely object may constitute a waiver of any objection. The brief in support of

---

[1] **See** http://www.gsa.gov/portal/forms/download/115982 - The U.S. General Services Administration (GSA) Standard Form (SF) 24 - Bid Bond (accessed July 16, 2014).

any objection shall be filed at the time of filing such objection. Failure to file a brief in support of any objection may be deemed an abandonment of the objection.

## ADMONITION AS TO COUNSEL

The court again urges Due to accept counsel to represent him in this matter. It is clear Due has difficulty with adhering to the ground rules of trial practice, and an attorney skilled in criminal trial practice could be very helpful to Due. Previously, the court has counseled Due with the disadvantages of representing himself in these proceedings and does so again at this time.

Dated this 16th day of July, 2014.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge