IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiffs, | 8:12CR344 |
| vs. | |
| RANDALL DAVID DUE, | ORDER |
| Defendants. | |

This matter is before the court following the hearing on the competency of the defendant to stand trial and to represent himself. Filing No. 453. The court conducted a hearing on August 5, 2014. *Id.* The court previously ordered an evaluation pursuant to 18 U.S.C. §§ 4247(c) and 4241 of the defendant. [Filing No. 401](). The defendant refused to cooperate. However, the psychiatrist reviewed the records of the defendant and concluded that he is both competent to stand trial and is able to represent himself. Filing No. 453. The court made these same findings during the August 5, 2014, hearing and incorporates them herein by reference.

THEREFORE, IT IS ORDERED that the defendant is both competent to stand trial and competent to represent himself.

Dated this 12th day of August, 2014.

BY THE COURT:

s/ Joseph F. Bataillon
United States District Judge