IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA                                      PLAINTIFF

v.                CASE NO. 8:12-CR-00344

RANDALL DAVID DUE                                             DEFENDANT

**ORDER**

On this date, the jury returned a verdict of guilty on all counts against the Defendant, and his sentencing has been set for Tuesday, December 2, 2014 at 8:30 a.m. Because of the overwhelming number of filings of documents, pleadings, notices, protests, etc. in this case, the Court Clerk is instructed to not file any document or anything within this file unless it has been approved for filing by the undersigned. All documents not so filed will be placed in a separate folder for such further use and action as may be warranted.

IT IS SO ORDERED this 4th day of September, 2014.

/s/ Robert T. Dawson
Honorable Robert T. Dawson
United States District Judge

ACKNOWLEDGMENT OF RECEIPT

I hereby acknowledge receipt of a copy of this order this _____ day of September, 2014.

_____
Signature of Defendant