IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>RANDALL DAVID DUE,<br><br>　　　　　Defendant. | **8:12CR344**<br><br>**ORDER** |

　　　　On the Court's own motion, the Court has determined that it should appoint counsel to represent the defendant during the pre-sentencing and sentencing phases of this case and, if necessary, on appeal.

　　　　IT IS ORDERED that Stuart Dornan is appointed as attorney of record for the above-named defendant in this matter. Mr. Dornan shall forthwith file an appearance in this matter.

　　　　IT IS FURTHER ORDERED that the Federal Public Defender's Office shall forthwith provide counsel with a draft appointment order (CJA Form 20) bearing the name and other identifying information of the CJA Panel attorney identified in accordance with the Criminal Justice Act Plan for this district.

　　　　IT IS FURTHER ORDERED that the Clerk shall provide a copy of this order to the Federal Public Defender for the District of Nebraska and Stuart Dornan.

　　　　DATED this 11th day of September, 2014.

　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　s/ Robert T. Dawson
　　　　　　　　　　　　　　　　　United States District Judge