IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA                                      PLAINTIFF

   v.              CASE NO. 8:12-CR-00344

RANDALL DAVID DUE                                             DEFENDANT

### ORDER

This matter is before the Court on the Motion to Withdraw as Counsel (doc. 509) filed herein by Stuart J. Dornan on October 27, 2014. The Court, being well and sufficiently advised, finds that the Motion should be **GRANTED**, and Mr. Dornan is permitted to withdraw as counsel of record for Defendant.

Defendant shall have five (5) days to either request appointment of new counsel or to advise the Court that he intends to continue to proceed *pro se*. The sentencing hearing in this matter remains set for December 2, 2014, at 8:30 a.m.

IT IS SO ORDERED this 29th day of October, 2014.

                                          /s/ Robert T. Dawson
                                          Honorable Robert T. Dawson
                                          United States District Judge