IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | 8:12CR344 |
| vs. | |
| RANDALL DAVID DUE, | ORDER |
| Defendant. | |

This matter is before the Court on defendant's document requesting miscellaneous relief. (See attachment) The filing is not in the nature of a postconviction pleading and is not germane to any issues in this case. Therefore, the pleading is refused and returned to the defendant. Accordingly, the Court will not accept the filing.

IT IS THEREFORE ORDERED that: The clerk of the court return the attached materials to Randall David Due at the address found on the envelope used to mail the materials or within the materials themselves or at the address which the court has on file.

Dated this 4th day of November, 2019.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge