IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> RANDALL DAVID DUE, <br><br> Defendant. | 8:12CR344 <br><br> ORDER |

This matter is before the Court on defendant Randall David Due's ("Due") "Affidavit Petition and Brief to Vacate Void Judgment and Sentencing Order" (Filing No. 606) filed pursuant to 28 U.S.C. § 1651. This Court has repeatedly denied similar motions as frivolous and meritless over the course of this case (Filing No. 571).

On November 4, 2019, the Court "refused and returned" (Filing No. 576) a multipage "document requesting miscellaneous relief" (Filing No. 576-1) to Due because the document was "not in the nature of a postconviction pleading and [wa]s not germane to any issues in this case." Due's present filing consists of many of the same materials and covers much of the same ground as that document without addressing its many shortcomings.

The Court has carefully reviewed Due's latest filing and again finds his submission is frivolous and has no merit. Accordingly, his latest request to vacate his judgment and sentence (Filing No. 606) is denied.

IT IS SO ORDERED.

Dated this 23rd day of October 2020.

BY THE COURT:

Robert F. Rossiter, Jr.
United States District Judge